UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>Petitioner,<br><br>v.<br><br>JOHN MERCHANT<br><br>Respondent. | No. 2:22-cv-1741 TLN KJN P<br><br><br><br>ORDER |

Petitioner requested an extension of time to file objections to the findings and recommendations filed April 21, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 17) is granted; and

2. Petitioner shall file objections to the findings and recommendations within thirty days from the date of this order.

Dated: May 8, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bont1741.111

1